Opinion issued June 29, 2006









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00127-CV

____________


TRANSOCEAN INTERNATIONAL RESOURCES, LTD. (F/K/A SEDCO
FOREX INTERNATIONAL RESOURCES, LTD.); TRANSOCEAN
INTERNATIONAL DRILLING, LTD; AND TRANSOCEAN, INC.,
Appellants


V.


JAMES ARMSTRONG AND GILLIAN ARMSTRONG, Appellees






On Appeal from the 56th District Court

Galveston County, Texas

Trial Court Cause No. 04CV0112






MEMORANDUM OPINION

 Appellants have filed an agreed motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Taft and Nuchia.